**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Non-Judicial Civil Forfeiture Proceeding Regarding the Seizure of:<br>  $64,950.00 in United States Currency;<br>  One .38 Special Taurus Ultra-Lite Revolver SN: G13749;<br>  One .38 Super Colt Pistol SN: ELSAL210 (Assorted Weapons), Value: $505.00 by the Drug Enforcement Administration. | MC-06-0086-PHX-SMM<br><br>ORDER EXTENDING UNITED STATES' TIME TO FILE COMPLAINT FOR FORFEITURE |

Pending before the Court is a Motion/Stipulation to Extend the United States' Time to File a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture (the "Stipulation"). (Dkt. 1.)

According to the Stipulation, an agreement has been reached between the parties, the United States, and Jose C. Garcia-Zavala and Maria Angelica Garcia, by and through their attorney, Herman Alcantar, Jr. Esq. (collectively, the "Parties"), who have filed a claim to $64,950.00 in United States Currency; One .38 Special Taurus Ultra-Lite Revolver SN: G13749; One .38 Super Colt Pistol SN: ELSAL210 (Assorted Weapons), Value: $505.00, seized from Jose C. Garcia-Zavala and Maria Angelica Garcia by the Drug Enforcement Administration (the "DEA") in case number MN-06-0055 (the "Property"), in a nonjudicial civil forfeiture proceeding, as provided in 18 U.S.C. § 983(A), to extend the time in which the United States is

required to file a complaint for forfeiture against the Property and/or to obtain an indictment alleging that the Property is subject to forfeiture.

Based on their Agreement, the Parties have jointly moved the Court to extend the time in which the United States is required to file a complaint for forfeiture against the Property and/or obtain an indictment alleging that the Property is subject to forfeiture.

In addition, the United States has represented the following to the Court:

1. All of the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to be sent by the DEA to interested parties has been sent;

2. The time has expired for any person to file a claim to the Property under 18 U.S.C. § 983(a)(2)(A)-(E); and

3. No persons, other than Jose C. Garcia Zavala and Maria Angelica Garcia have filed a claim to the Property as required by law in the nonjudicial civil forfeiture proceeding.

The Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the Property and/or obtain an indictment alleging that the Property is subject to forfeiture.

Based upon the agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Parties' Motion/Stipulation to Extend the Time to File a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture (Dkt. 1.)

**IT IS FURTHER ORDERED**, under 18 U.S.C. §983(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Property and/or to obtain an indictment alleging that the Property is subject to forfeiture is **extended to September 11, 2006.**

DATED this 11th day of July, 2006.

_____
Stephen M. McNamee
United States District Judge